ORIGINAL

Approved: ______________________________
BENJAMIN A. GIANFORTI/CHRISTOPHER D. BRUMWELL
Assistant United States Attorneys

Before: THE HONORABLE BARBARA MOSES
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - - X

**20 MAG 7668**

UNITED STATES OF AMERICA : **COMPLAINT**

- v. - : Violation of 18 U.S.C. §§ 922(g)(1) and 2

JAMES BAZEMORE, :

Defendant. : COUNTY OF OFFENSE: BRONX

- - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

JAMA JOSEPH, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

COUNT ONE

1. On or about February 27, 2020, in the Southern District of New York and elsewhere, JAMES BAZEMORE, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a loaded 9 mm caliber Arcadia Machine & Tool Backup pistol, and the firearm was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Detective with the NYPD, and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, as well as my examination of reports and records. Because this affidavit is being submitted for the

limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part.

3. Based on my review of law enforcement reports, criminal history reports, my discussions with law enforcement officers, and my personal involvement in this investigation, I have learned the following, in substance and in part:

a. On or about March 20, 2001, in Bronx County Supreme Court, JAMES BAZEMORE, the defendant, was convicted of criminal sale of a controlled substance in the third degree, in violation of New York Penal Law ("NYPL") Section 220.39(1). Thereafter, BAZEMORE was sentenced to one to three years' imprisonment based on this conviction.

b. On or about February 3, 2005, in Bronx County Supreme Court, BAZEMORE was convicted of robbery in the first degree, in violation of NYPL Section 160.15(4). Thereafter, BAZEMORE was sentenced to 15 years' imprisonment based on this conviction.

c. On or about February 27, 2020, BAZEMORE was still on parole in connection with the 2005 robbery conviction described above. At approximately 7:00 AM, on or about February 27, 2020, parole officers conducted a home visit and consent search of BAZEMORE's residence at an apartment on East Tremont Avenue in the Bronx. After securing BAZEMORE, a parole officer asked BAZEMORE which of the two bedrooms was his. BAZEMORE indicated which bedroom was his and parole officers began to search his room. Shortly after beginning her search, one of the parole officers found a small, loaded silver firearm in a bag in a corner of BAZEMORE's bedroom. The parole officers' search also turned up, among other things, ammunition in several different calibers. The parole officers radioed the NYPD and, soon thereafter, BAZEMORE was placed under arrest and brought to the 43rd Precinct for processing.

d. At approximately 12:08 PM, officers from the 43rd Precinct conducted a post-arrest interview of BAZEMORE. They read BAZEMORE his *Miranda* rights, which he waived. During the course of the interview BAZEMORE made certain incriminating statements, including, but not limited to the following, in substance and in part: "[i]t's my gun," "I got the gun from Tiger," and "[m]y DNA is on the gun I told you I touched it."

4. Based on an examination of information about the firearm provided by the NYPD, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") determined that the firearm was a 9 mm caliber Arcadia Machine & Tool Backup pistol with the serial number DLA00353 and that it was manufactured outside the State of New York. Based on the results of a search of a law enforcement firearms database conducted by another member of the NYPD, I know that the firearm at issue was reported stolen.

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of JAMES BAZEMORE, the defendant, and that he be imprisoned or bailed, as the case may be.

**s/ Jama Joseph by the Court with permission**

Detective Jama Joseph
New York Police Department

Sworn to before me by reliable electronic means (Facetime) pursuant to Fed. R. Crim. P. 4(d)(3) and 4.1 on July 22, 2020.

THE HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK