UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| - v. - | 20 Cr. 573 |
| JAMES BAZEMORE, | |
| Defendant. | |

**COUNT ONE**

**(Felon in Possession of a Firearm)**

The Grand Jury charges:

1. On or about February 27, 2020, in the Southern District of New York, JAMES BAZEMORE, the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a loaded 9 mm caliber Arcadia Machine & Tool Backup pistol, and the firearm was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1) and 2.)

FOREPERSON

Audrey Strauss
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JAMES BAZEMORE,

Defendant.

---

INDICTMENT

20 Cr.

(18 U.S.C. §§ 922(g)(1) and 2.)

AUDREY STRAUSS

Acting United States Attorney

Foreperson